# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ZAXBY'S FRANCHISING, LLC**                                                                 **PLAINTIFF**

**v.**                           **Case No. 3:16-cv-00137 KGB**

**MJM FOODS, LLC**                                                                                  **DEFENDANT**

## ORDER OF REASSIGNMENT

The above styled case was assigned to the docket of United States District Judge Kristine G. Baker, on May 23, 2016. Even though no formal entry of appearance has been made, plaintiff's counsel represents to the Court that attorney E.B. Chiles IV will be representing defendant MJM Foods, LLC, in this matter. Because Mr. Chiles appears on the Court's recusal list, the case should be reassigned.

The Clerk's Office is directed to issue a Notice of Reassignment.

Dated this 23rd day of May, 2016.

                                       AT THE DIRECTION OF THE COURT
                                       JAMES W. McCORMACK, CLERK

                                       BY: /s/ Tracy M. Washington
                                               Courtroom Deputy to
                                               U.S. District Judge Kristine G. Baker