AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____Eastern District of Arkansas____ on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>3:16-cv-00137-BSM | DATE FILED<br>5/23/2016 | U.S. DISTRICT COURT<br>Eastern District of Arkansas |
|---|---|---|
| PLAINTIFF<br>Zaxby's Franchising, LLC | | DEFENDANT<br>MJM Foods, LLC |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4568225 | 7/15/2014 | Zaxby's Franchising, Inc. |
| 2 | 2868595 | 8/3/2004 | Zaxby's Franchising, Inc. |
| 3 | 2487337 | 9/11/2001 | Zaxby's Franchising, Inc. |
| 4 | 3562678 | 1/13/2009 | Zaxby's Franchising, Inc. |
| 5 | 8658318 | 3/18/2015 | Zaxby's Franchising, Inc. (Pending) |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>James W. McCormack | (BY) DEPUTY CLERK<br>/s/ Tammy Downs | DATE<br>5/24/2016 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**