# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ZAXBY'S FRANCHISING, LLC**                                                                 **PLAINTIFF**

**v.**                          **CASE NO. 3:16-CV-00137 BSM**

**MJM FOODS, LLC**                                                                           **DEFENDANT**

## ORDER

The parties filed a joint stipulation of dismissal. *See* Doc. No. 23. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, with each party bearing its own costs and fees.

IT IS SO ORDERED this 20th day of September 2016.

_____
UNITED STATES DISTRICT JUDGE