IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ZAXBY'S FRANCHISING, LLC                                         PLAINTIFF

v.                              CASE NO. 3:16-CV-00137 BSM

MJM FOODS, LLC                                                   DEFENDANT

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice, with each party bearing its own costs and fees.

IT IS SO ORDERED this 20th day of September 2016.

_____
UNITED STATES DISTRICT JUDGE